UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**"IN ADMIRALTY"**

CASE NUMBER: 1:25-cv-22149-JB

FAST RESPONSE MARINE
TOWING & SALVAGE, LLC,

    Plaintiff,

v.

M/V TNT, a 2023 Tecnomar
Lamborghini 63, *in rem*, and,
COMMERCIAL FITNESS
CONCEPTS LLC, *in personam*,

    Defendants.
_____/

## **DEFENDANTS' MOTION TO STAY THE CASE FOR LIMITED DURATION**

Defendants, M/V TNT, a 2023 Tecnomar Lamborghini 63, *in rem*, and COMMERCIAL FITNESS CONCEPTS LLC, *in personam*, through undersigned counsel, respectfully request a 30-day stay of this action, and state:

### **INTRODUCTION**

1. Defendants respectfully advise the Court of a significant and unforeseen development that directly impacts the administration and defense of this action. On January 12, 2026, undersigned counsel was informed that Brandon Outlaw unexpectedly passed away in Mexico on or about January 10, 2026. Mr. Outlaw was the owner of Defendant Commercial Fitness Concepts LLC, the owner of the defendant vessel M/V TNT, and the acting corporate representative responsible for directing and participating in this litigation on behalf of Commercial Fitness Concepts LLC.

2. At present, counsel has not yet been able to identify or confirm the appropriate successor, estate representative, or substitute corporate representative authorized to act for Defendant Commercial Fitness Concepts LLC or to make binding decisions concerning this matter.

3. This development arises while the case is actively proceeding under the Court's Scheduling Order, which provides for a discovery cutoff of April 13, 2026, and trial during the two-week period beginning October 13, 2026.

4. In addition, Defendants are currently engaged with International Sureties, Ltd. regarding issuance of a bond and matters relating to the arrest of the M/V TNT, which require direction and authorization from a duly empowered representative of the vessel owner and corporate defendant.

5. The sudden death of Mr. Outlaw has created an immediate and temporary absence of any individual with authority to act on behalf of Commercial Fitness Concepts LLC or the vessel owner, thereby impairing Defendants' ability to participate meaningfully in discovery, motion practice, and ongoing bond-related proceedings.

6. Under these circumstances, Defendants respectfully submit that a brief stay is necessary to permit identification and appointment of the appropriate successor or representative and to allow counsel to obtain lawful authority to proceed on behalf of the corporate defendant and vessel owner. This request is made in good faith and not for purposes of delay, but to address an unforeseen event that materially affects the orderly progression of this case.

## MEMORANDUM OF LAW

Courts have broad discretion to stay proceedings "as a means of controlling the district court's docket and managing cases." *Ortega Trujillo v. Conover & C. Commc'ns, Inc.*, 221 F.3d 1262, 1264 (11th Cir. 2000). Determining whether to stay a case "calls for the exercise of

judgment, which must weigh competing interests and maintain an even balance." *Landis v. N. Am. Co.*, 299 U.S. 248, 254-55, 57 S. Ct. 163, 81 L. Ed. 153 (1936). In light of the unforeseen and sudden death of the Corporate Representative for Defendant Commercial Fitness Concepts LLC, good cause exists for a temporary stay. This pause will allow counsel for Defendants to identify the appropriate successor, clarify Defendant Commercial Fitness Concepts LLC's position, and determine the proper course for handling this matter.

WHEREFORE, Defendants respectfully request that the Court enter an Order granting a 30-day stay of proceedings and for such other and further relief as the Court deems just and proper.

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(3)

Counsel for the undersigned party hereby certifies that they have conferred with counsel for Plaintiff, but has not received an official position on the relief requested herein.

**Respectfully submitted,**

By: */s/ Michael Del Duca*
Richard J. McAlpin, Esq.
Florida Bar No.: 438420
rmcalpin@mfm-maritime.com
George S. Florez, Esq.
Florida Bar No.: 127331
gflorez@mfm-maritime.com
Michael Del Duca, Esq.
Florida Bar No.: 1058454
mdelduca@mfm-maritime.com
dduran@mfm-maritime.com
**McAlpin Florez Marcotte, P.A.**
80 S.W. 8th Street, Suite 2805
Miami, FL 33130
Tel: (305) 810-5400
Fax: (305) 810-5401

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on Monday, January 12, 2026, the foregoing document is being served this day on all counsel of record in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing: Barry A. Postman, [barry.postman@csklegal.com](mailto:barry.postman@csklegal.com); [justin.edell@csklegal.com](mailto:justin.edell@csklegal.com); Cole, Scott, & Kissane, P.A., Attorneys for Plaintiff, 222 Lakeview Ave., Suite 120, West Palm Beach, FL 33417.

By: */s/ Michael Del Duca*
Michael Del Duca, Esq.