**UNITED STATES DISTRICT COURT**
**SOUTHERN  DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**IN ADMIRALTY**

CASE NO.: 1:25-CV-22149-JB

FAST RESPONSE MARINE
TOWING & SALVAGE, LLC,

      Plaintiff,

v.

M/V TNT, a 2023 Tecnomar
Lamborghini 63, *in rem*, and
COMMERCIAL FITNESS
CONCEPTS LLC, *in personam*,

      Defendants,

_____

BRIDGECAP EQUITIES LLC,
a Delaware limited liability company,


      Intervening Plaintiff,

v.

M/Y TNT – one 2023 19.97m Tecnomar
"LAMBORGHINI 63" motor yacht bearing
Official Number Y0208, along with its
inventory, engines, equipment, furnishings,
and other appurtenances, *in rem*, and
COMMERCIAL FITNESS CONCEPTS
LLC, *in personam*,

      Defendants.

_____/

### INTERVENING PLAINTIFF BRIDGECAP EQUITIES LLC'S
### MOTION FOR LEAVE TO INTERVENE

Intervening Plaintiff, BRIDGECAP EQUITIES LLC, a Delaware limited liability company, by and through undersigned counsel, pursuant to the Federal Rules of Civil Procedure, S.D. Fla. Local Admiralty Rule E(2)(a) and Supplemental Admiralty Rules C and E, hereby moves this Court for leave to intervene and to file its Intervening Verified Complaint to enforce and foreclose a preferred ship mortgage, and alleges as follows:

### INTRODUCTION

1.      This is an *in rem* admiralty action against the vessel, "TNT" — one 2023 19.97m Tecnomar "LAMBORGHINI 63" motor yacht bearing Official Number Y0208, together with its engines, equipment, tackle, furnishings, and appurtenances ("Vessel").

2.      Intervening Plaintiff BRIDGECAP EQUITIES LLC ("BRIDGECAP") is the holder and mortgagee of a valid ship mortgage encumbering the Vessel, executed in connection with a loan transaction with Defendant COMMERCIAL FITNESS CONCEPTS LLC ("COMMERCIAL FITNESS").

3.      BRIDGECAP's ship mortgage was duly recorded with the Commonwealth of The Bahamas Ship Registry and qualifies as a preferred mortgage within the meaning of 46 U.S.C. § 31301(6)(B).

4.      BRIDGECAP's mortgage is enforceable in admiralty pursuant to 46 U.S.C. § 31325(b) and 31326.

5.      This action arises from a maritime incident in or about Biscayne Bay, during which the Vessel reportedly took on water and partially sank.

6.        Plaintiff FAST RESPONSE MARINE TOWING & SALVAGE, LLC ("FAST RESPONSE") alleges that it rendered salvage services to the Vessel in connection with that incident and thereafter commenced this *in rem* admiralty action.

7.        Plaintiff FAST RESPONSE caused the arrest of the Vessel within the Southern District of Florida, thereby placing the Vessel in the *custodia legis* of this Court.

8.        At the time of the Vessel's arrest, BRIDGECAP was under the good-faith impression that the Vessel would be bonded or otherwise released from arrest.

9.        No bond or substitute security was posted to obtain the Vessel's release, and the Vessel has remained under arrest.

10.       Additionally, Brandon Outlaw, the beneficial owner of Defendant COMMERCIAL FITNESS, subsequently passed away, materially altering the ability to bond the Vessel or resolve the matter extrajudicially.

11.       With the Vessel remaining under arrest, unbonded, and continuing to deteriorate in value, BRIDGECAP is now required to intervene to protect its mortgage lien, enforce its secured rights, and preserve its priority interest in the Vessel.

12.       Because the Vessel has been arrested and no order scheduling judicial sale has been entered, BRIDGECAP is entitled to intervene as a matter of right pursuant to Southern District of Florida Local Admiralty Rule E(2)(a).

13.       BRIDGECAP seeks intervention for the limited and proper purpose of enforcing and foreclosing its ship mortgage, protecting its secured interest in the res, and participating in these proceedings to the extent necessary to preserve its rights.

14.       BRIDGECAP has a direct, substantial, and legally protectable interest in the Vessel by virtue of its ship mortgage and secured claim.

15.     Disposition of this action without BRIDGECAP's participation may impair or extinguish its mortgage rights and lien priority.

16.     No existing party adequately represents BRIDGECAP's interest in the Vessel.

17.     Permitting intervention will promote judicial economy, avoid inconsistent rulings regarding lien priorities, and ensure orderly administration of the res.

**WHEREFORE**, Intervening Plaintiff respectfully requests that this Honorable Court:

(a) grant leave to intervene pursuant to Local Admiralty Rule E(2)(a);

(b) accept the attached Verified Intervening Complaint attached hereto as Exhibit A;

(c) permit Intervening Plaintiff to participate fully in this admiralty action for purposes of enforcing its ship mortgage and secured claims; and

(d) grant such other and further relief as the Court deems just and proper.

## CERTIFICATE OF CONFERRAL

Pursuant to Local Rule 7.1(a)(3)(A), the undersigned certifies that counsel for the movant has conferred with all parties or non-parties who may be affected by the relief sought in this motion in a good faith effort to resolve the issues, and there were no objections.

Respectfully submitted this 11th day of February 2026,

By:   */s/ Michael P. Perry*
Michael P. Perry
Florida Bar No.: 1048868
michaelperry@maritimeattorneys.com
James H. Perry, II
Florida Bar No.: 991491
perry@maritimeattorneys.com
PERRY MARITIME LAW GROUP, P.A.
1650 SE 17th Street, Suite 200
Fort Lauderdale, FL 33316
Telephone:   954-500-1000
Facsimile:   954-500-2000
*Counsel for Intervening Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

WE HEREBY CERTIFY that on February 11, 2026, we electronically filed the foregoing

document with the Clerk of this Court using the CM/ECF system, which served a copy thereof on

all counsel of record.

Respectfully submitted this 11th day of February 2026,

By:  */s/ Michael P. Perry*
Michael P. Perry
Florida Bar No.: 1048868
michaelperry@maritimeattorneys.com
James H. Perry, II
Florida Bar No.: 991491
perry@maritimeattorneys.com
PERRY MARITIME LAW GROUP, P.A.
1650 SE 17th Street, Suite 200
Fort Lauderdale, FL 33316
Telephone:   954-500-1000
Facsimile:    954-500-2000
*Counsel for Intervening Plaintiff*