UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**"IN ADMIRALTY"**

CASE NUMBER: 1:25-cv-22149-JB

FAST RESPONSE MARINE
TOWING & SALVAGE, LLC,

      Plaintiff,

v.

M/V TNT, a 2023 Tecnomar
Lamborghini 63, *in rem*, and,
COMMERCIAL FITNESS
CONCEPTS LLC, *in personam*,

      Defendants.

_____/

**STATUS REPORT**

Defendants, M/V TNT, a 2023 Tecnomar Lamborghini 63, *in rem*, and COMMERCIAL

FITNESS CONCEPTS, LLC, *in personam* (hereinafter "Defendants"), by and through

undersigned counsel and pursuant to this Court's Order [D.E. 67], hereby submit this Status Report

and state as follows:

1. Pursuant to this Court's Order [D.E. 67], Defendants respectfully submit this Status

Report. Defendants appreciate the Court's continued patience and oversight as they work through

the logistical and operational issues caused by Brandon Outlaw's death.

2. On March 4, 2026, Defense counsel participated in a meeting with the acting

representatives of Defendant Commercial Fitness Concepts, LLC, along with other counsel who

McALPIN FLOREZ MARCOTTE, P. A.
9130 S. DADELAND BOULEVARD, SUITE 1900, MIAMI, FLORIDA 33156 * TEL (305) 810-5400 * FAX (305) 810-5401

represent Commercial Fitness Concepts, LLC in other capacities. The purpose of this meeting was to evaluate Commercial Fitness Concepts, LLC's current operational capacity.

3.  During this discussion, the acting representatives explained that, in light of the recent passing of the company's former principal, Brandon Outlaw, Commercial Fitness Concepts LLC is not presently in a financial position to post the Court-ordered security. The representatives further indicated that they are still in the process of assessing corporate authority, internal structure, and access to necessary financial resources.

4.  At this time, undersigned counsel, together with the acting representatives of Commercial Fitness Concepts, LLC, are actively exploring all viable alternatives to aggregate the funds necessary to post security and secure the release of the Vessel. These efforts include evaluating interim financing options, potential asset coordination, and identifying individuals with the authority to act on behalf of the company for purposes of this litigation.

5.  Defendants will continue to keep the Court and opposing counsel fully apprised of all developments. In light of the ongoing transition within Commercial Fitness Concepts, LLC and the need for additional time to identify an appropriate corporate representative and coordinate the next steps in securing the required bond, Defendants respectfully request an additional thirty (30) day stay of proceedings.

Respectfully submitted,

By: */s/ Michael Del Duca*
Richard J. McAlpin, Esq.
Florida Bar No.: 438420
rmcalpin@mfm-maritime.com
George S. Florez, Esq.
Florida Bar No.: 127331
gflorez@mfm-maritime.com
Michael Del Duca, Esq.
Florida Bar No.: 1058454
mdelduca@mfm-maritime.com

2

dduran@mfm-maritime.com
**McAlpin Florez Marcotte, P.A.**
9130 S. Dadeland Blvd., Suite 1900
Miami, FL 33156
Tel: (305) 810-5400
Fax: (305) 810-5401

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on Friday, March 6, 2026, the foregoing document is being served this day on all counsel of record in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing: Barry A. Postman, barry.postman@csklegal.com; justin.edell@csklegal.com; Cole, Scott, & Kissane, P.A., Attorneys for Plaintiff, 222 Lakeview Ave., Suite 120, West Palm Beach, FL 33417.

By: */s/ Michael Del Duca*
Michael Del Duca, Esq.