

EXHIBIT
C
PENGAD 800-631-6989

Mortgage Registration Form - Version 1.1

# THE COMMONWEALTH OF THE BAHAMAS

## MORTGAGE REGISTRATION FORM

(Page 1 of 2)

| Official Number | IMO Number | Name of Ship | Port of Registry |
|---|---|---|---|
| Y0208 | None | TNT | NASSAU |

| Propulsion and Engine Details | Vessel Dimensions |
|---|---|
| Propulsion: Motor<br>Type of Engines: Diesel<br>Total Power: 2942 KW | Length:  19.97 metres<br>Breadth:  5.20 metres<br>Depth:  2.50 metres |

| Particulars of Tonnage | | | |
|---|---|---|---|
| GROSS TONNAGE: | 61 tons | NET TONNAGE: | 49 tons |

Whereas (a) there is an account current between (1) COMMERCIAL FITNESS CONCEPTS LLC a company incorporated under the laws of the Oklahoma with registration number 3512402611 and having its Registered Office at 110 W. 7th Street, Suite 900, Tulsa, OK. 74119, United States of America (the "Mortgagor") and BRIDGECAP EQUITIES LLC a limited liability company with registration number 7395442 having its Registered Office at 1706 Ave. M, Brooklyn, New York 11230 (the "Mortgagee") (together with its successors and assigns) regulated by a (i) Loan Agreement dated 26th November 2024 made between the Mortgagor as borrower, BRANDON OUTLAW as guarantor and the Mortgagee as lender (as the same may from time to time be amended, supplemented, novated or replaced, the "Loan Agreement"), (ii) a Promissory Note dated 26th November 2024 made between the Mortgagor as borrower and the Mortgagee as lender (as the same may from time to time be amended, supplemented, novated or replaced, the "Promissory Note") and (iii) a deed of covenants of even date herewith made between the Mortgagor and the Mortgagee (as the same may from time to time be amended, supplemented, novated or replaced, the "Deed of Covenants") and WHEREAS pursuant to the Loan Agreement and Promissory Note the Mortgagor has agreed to execute this Mortgage in favour of the Mortgagee for the purpose of securing payment to the Mortgagee of all obligations for the time being owing to the Mortgagee and their respective successors, transferees and assignees in the manner and at the times set forth in the Loan Agreement, Promissory Note and the Deed of Covenants and WHEREAS the amount of principal, interest and other moneys due at any given time and the manner and time of payment can be ascertained by reference to the Loan Agreement, Promissory Note and the Deed of Covenants as applicable and/or to the books of account (or other accounting records) of the Mortgagee.

Now we the (b) COMMERCIAL FITNESS CONCEPTS LLC in consideration of the premises for ourselves and our successors, covenant with the said (c) BRIDGECAP EQUITIES LLC and (d) its assigns to pay to him or them or it the sums for the time being due on this security, whether by way of principal or interest, at the times and manner aforesaid. And for the purpose of better securing to the said (c) BRIDGECAP EQUITIES LLC the payment of such sums as last aforesaid, we do hereby mortgage to the said (c) BRIDGECAP EQUITIES LLC sixty four sixty fourth (64/64th) shares of which we are the Owners in the Ship above particularly described, and in her boats, guns, ammunition, small arms and appurtenances.

Lastly, we for ourselves and our successors, covenant with the said (c) BRIDGECAP EQUITIES LLC and (d) its assigns that we have the power to mortgage in manner aforesaid the above-mentioned shares, and that the same are free from encumbrances (e)

In witness whereof we have affixed our common seal *executed this Mortgage as a deed this* 26 day of November 2024

| Seal | Individual/Corporation | Attestation |
|---|---|---|
|  | COMMERCIAL FITNESS CONCEPTS LLC<br><br>name of individual/corporation<br><br>per..... [signature]<br><br>signature as Individual/Director/Secretary/Officer/Attorney-in-fact (h)<br><br>.................................<br>signature as Individual/Director/Secretary/Officer/Attorney-in-fact (h)<br><br>................................. | I, (f)... Robert Scott Kram<br><br>of (g) ...London., England.<br><br>hereby testify that in my presence (i) this Mortgage was signed by Imam Yanicha Gheorghievu<br>as Individual/Director/Secretary/Officer/Attorney-in-fact (h)<br>and .......................................<br>as Individual/Director/Secretary/Officer/Attorney-in-fact (h)<br><br>And<br>(ii) the corporate seal (h)/personal seal (h) of |

R208 - Mortgage Registration Form - Version 1.1

| in the presence of the witness whose attestation is given opposite | the transferor was affixed this ....26.. day of ...Nuveber 2029 Signature of witness ........................................ |
|---|---|

(a) Here state by way of recital that there is an account current between the Mortgagor (describing the company and its address) and the Mortgagee (giving full title, address and description, including all joint mortgages), and describe the nature of the transaction so as to show how the amount of principal and interest due at any given time is to be ascertained, and the manner and time of payment, (b) Name of company, (c) Full name of Mortgagee, (d) "his", "hers" or "its", (e) If any prior encumbrance add "save as appears by the registry of the ship", (f) name of witness, (g) address of witness, (h) delete as applicable.

NOTE:   The witness to the execution of the document must be a disinterested party, independent of the body corporate or individual executing it e.g., Notary Public, Consular Officer, Magistrate, Justice of Peace. A director, officer or employee of a transferor which is a body corporate should not be an attesting witness.

# THE COMMONWEALTH OF THE BAHAMAS

## MORTGAGE REGISTRATION FORM

(Page 2 of 2)

| Official Number | IMO Number | Name of Ship | Port of Registry |
|---|---|---|---|
| Y0208 | [ ] | | NASSAU |

TRANSFER OF MORTGAGE

I/we, the within mentioned
in consideration of
this day paid to me/us (a)         by ................................................................................................................

hereby transfer to it/him/her/them (a) the benefit of the within-written security.   In witness whereof I/we (a) have hereto affixed our seal this ........ day of ................................................................

| Seal | Individual/Corporation | Attestation |
|---|---|---|
| | name of individual/corporation<br><br>per ....................................................<br><br>signature as Individual/Director/Secretary/Officer/Attorney-in-fact<br><br>....................................................<br>signature as Individual/Director/Secretary/Officer/Attorney-in-fact<br><br>....................................................<br><br>in the presence of the witness whose attestation is given opposite | I, (b)........................................................<br><br>of (c) ........................................................<br><br>hereby testify that in my presence<br>(i) this Transfer of mortgage was signed<br>by ........................................................<br>as Individual/Director/Secretary/Officer/Attorney-in-fact (a)<br>and ........................................................<br>as Individual/Director/Secretary/Officer/Attorney-in-fact (a)<br><br>and<br>(ii) the corporate seal/personal seal (a) of<br>the transferor was affixed this .......... day of ........................<br><br>Signature of witness ........................................ |

MEMORANDUM OF DISCHARGE

By Individual or Joint Mortgagees

Received the sum of ................................................................................................................
in discharge of this within-written security.   Dated at .............................................. this .............. day of ................................
In witness whereof we have hereto affixed our common seal this .............. day of ................................

| | name of individual/corporation<br><br>per ....................................................<br><br>signature as Individual/Director/Secretary/Officer/Attorney-in-fact<br>....................................................<br>signature as Individual/Director/Secretary/Officer/Attorney-in-fact | I, (b) ........................................................<br><br>of (c) ........................................................<br><br>hereby testify that in my presence<br>(i) this Discharge of mortgage was signed<br>by ........................................................<br>as Individual/Director/Secretary/Officer/Attorney-in-fact (a)<br>and ........................................................<br>as Individual/Director/Secretary/Officer/ |

R208 - Mortgage Registration Form - Version 1.1

| | .................................................................. in the presence of the witness whose attestation is given opposite | Attorney-in-fact (a) and (ii) the corporate seal/personal seal (a) of the mortgagee was affixed this ............ day of ................................. Signature of witness ................................................................................................. |
|---|---|---|

(a)   delete as appropriate, (b) insert name of witness, (c) insert address of witness

NOTE:   The witness to the execution of the document must be a disinterested party, independent of the body corporate or individual executing it e.g., Notary Public, Consular Officer, Magistrate, Justice of Peace. A director, officer or employee of a transferor which is a body corporate should not be an attesting witness.

# SAVILLE & C°

─── SCRIVENER NOTARIES ───

Saville Notaries LLP   11 Old Jewry   London EC2R 8DU
Tel: +44 (0)20 7776 9800   www.savillenotaries.com   mail@savillenotaries.com

Sophie Milburn   Nicholas Thompson   Robert Kerss   Andrew MacNab   Christopher Higgins*

Eleonora Ceolin*   Kyriaki Manika*   Saffiyah Mengrani*   Olga Kulikovskaya*

TO ALL TO WHOM THESE PRESENTS SHALL COME, I ROBERT SCOTT KERSS of the City of London NOTARY PUBLIC by royal authority duly admitted and sworn DO HEREBY CERTIFY that I was present in London, England and did see YOANA YONKOVA GEORGIEVA as and for the act and deed of the company styled **COMMERCIAL FITNESS CONCEPTS LLC** of the United States of America seal and in due form of law sign and deliver the **instrument of mortgage** hereunto annexed relating to the vessel "TNT" and that the signature thereto subscribed is of the own, true and proper handwriting of the said Yoana Yonkova Georgieva, whose personal identity I attest and whose authority to sign for and on behalf of the said company as its duly authorised attorney-in-fact under and by virtue of a power of attorney dated 19th November 2024, I the notary do also certify.

IN FAITH AND TESTIMONY WHEREOF I the said notary have subscribed my name and set and affixed my seal of office at London aforesaid this twenty sixth day of November two thousand and twenty four.





Saville & Co. Scrivener Notaries is the trading name of Saville Notaries LLP, a limited liability partnership registered in England and Wales with registered number OC420687 and with registered office at 11 Old Jewry, London EC2R 8DU

Regulated through the Faculty Office of the Archbishop of Canterbury

