

EXHIBIT
F
PENGAD 800-631-6989

# TRANSCRIPT OF REGISTER
## Transcript as at: 2026-02-10



Tracking Number
**BMA-TRAN-7453-26**

Issued by **The Bahamas Maritime Authority**, under the authority of the Government of **The Commonwealth of The Bahamas.**

| Particulars of Ship | |
| --- | --- |
| Official Number: **Y0208**<br>Port of Registry: **Nassau**<br>Number and year of Registry: **N0206/2023**<br>Name of Ship: **TNT** | IMO Number:<br>MMSI Number: **311 001 466**<br>Call Sign: **C6HH9** |
| **Building Details** | **Propulsion and Engine Details** |
| Where built: - town: **Marina di Carrara**<br>　　　　　 - country: **Italy**<br>Year built, remeasured or rebuilt: **2023** | Propulsion: **Motor**<br>Type of Engines: **Diesel**<br>Total Power: **2942 KW** |
| **Vessel Type, Dimensions and Hull Materials** | |
| Ship Type: **Private Yacht**<br>Hull Material: **FRP** | Length: **19.97 metres**<br>Breadth: **5.20 metres**<br>Depth: **2.50 metres** |

| Particulars of Tonnage | |
| --- | --- |
| The tonnages of this ship in accordance with the Bahamian Tonnage Certificate are:- | |
| GROSS TONNAGE: **61** | NET TONNAGE: **49** |
| A detailed summary of the tonnages for this ship is shown on the Bahamian Tonnage Certificate. | |

| Name, Residence and Occupation of the Owner | Number of Sixty-Four Shares |
| --- | --- |
| **COMMERCIAL FITNESS CONCEPTS LLC**<br>**110 W. 7th Street**<br>**Suite 900, Tulsa**<br>**OK 74119**<br>**United States of America** | 64 |

| Mortgage Details |
| --- |
| Mortgage "A" dated 26 November 2024, 64 shares, registered 26 November 2024 at 11:31 to secure sums due on an account current with interest as agreed in favour of BRIDGECAP EQUITIES LLC of 1706 Ave. M, Brooklyn, New York 11230. |

| |
| --- |
| I hereby certify that the foregoing printed written particulars are a true extract from the official register now in my charge showing the descriptive particulars, present registered ship ownership and interest of the vessel.<br>Dated at **Nassau** the **10 February 2026** |



*Registrar of Bahamian Ships:* **Kindinicia Moore**

This document is signed electronically in accordance with IMO
FAL.5/Circ.39/Rev.2. Validation and authentication can be obtained from
**https://public.bahamasmaritime.com/verifycertificate**
using the QR code or Unique Tracking Number shown at the top of this certificate.