**UNITED STATES DISTRICT COURT**
**SOUTHERN  DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**IN ADMIRALTY**

CASE NO.: 1:25-CV-22149-JB

FAST RESPONSE MARINE
TOWING & SALVAGE, LLC,

      Plaintiff,

v.

M/V TNT, a 2023 Tecnomar
Lamborghini 63, *in rem*, and
COMMERCIAL FITNESS
CONCEPTS LLC, *in personam*,

      Defendants,

_____

BRIDGECAP EQUITIES LLC,
a Delaware limited liability company,

      Intervening Plaintiff,

v.

M/Y TNT – one 2023 19.97m Tecnomar
"LAMBORGHINI 63" motor yacht bearing
Official Number Y0208, along with its
inventory, engines, equipment, furnishings,
and other appurtenances, *in rem*, and
COMMERCIAL FITNESS CONCEPTS
LLC, *in personam*,

      Defendants.

_____/

**INTERVENING PLAINTIFF BRIDGECAP EQUITIES LLC'S RESPONSE TO PLAINTIFF FAST RESPONSE MARINE TOWING & SALVAGE, LLC'S MOTION FOR INTERLOCUTORY SALE OF THE M/V TNT AND FOR EXPEDITED BRIEFING**

Plaintiff-Intervenor, BRIDGECAP EQUITIES LLC, by and through undersigned counsel, and pursuant to the Court's Paperless Order entered on March 17, 2026 [ECF No. 71], respectfully files this Response to Plaintiff FAST RESPONSE MARINE TOWING & SALVAGE, LLC's Motion for Interlocutory Sale of the M/V TNT and for Expedited Briefing [ECF No. 49], and states as follows:

**REQUEST FOR DEFERRAL OF RULING ON MOTION FOR INTERLOCUTORY SALE**

Intervening Plaintiff BRIDGECAP EQUITIES LLC ("BRIDGECAP") respectfully requests that the Court defer ruling on Plaintiff FAST RESPONSE MARINE TOWING & SALVAGE, LLC's Motion for Interlocutory Sale [ECF No. 49] in light of identified prospective buyers and efforts to facilitate a private sale of the Defendant Vessel.

On April 2, 2026, Defendant COMMERCIAL FITNESS CONCEPTS LLC filed a Motion for Order Permitting Limited Access to Arrested Vessel [ECF No. 79] seeking authorization to clean, inspect, and photograph the Defendant Vessel for purposes of marketing and presenting the Defendant Vessel to prospective buyers. BRIDGECAP agrees that presenting the Defendant Vessel to prospective buyers is in the best interests of all parties.

Counsel for the parties have conferred regarding the marketing and potential private sale of the Defendant Vessel, and agree that the Defendant Vessel should be properly prepared and presented to the market before any sale occurs. The parties further agree that cleaning, photographing, and showing the Defendant Vessel to identified prospective purchasers is the most effective means of generating interest and obtaining the highest possible sale price.

A private sale under these circumstances is likely to yield a higher return than a judicial sale conducted through public auction. A judicial sale typically occurs on an expedited basis and without the benefit of meaningful marketing exposure. In contrast, a properly marketed private sale allows the Defendant Vessel to be presented to qualified buyers and maximizes the opportunity to obtain fair market value.

In light of the circumstances, proceeding with an interlocutory sale at this time is premature. BRIDGECAP therefore requests a limited deferral for the reasonable period necessary to complete the cleaning, preparation, marketing, and presentation of the Defendant Vessel to prospective purchasers. A brief deferral will not prejudice Plaintiff FAST RESPONSE MARINE TOWING & SALVAGE, LLC. If these efforts do not result in a sale, the Court will remain fully positioned to consider interlocutory sale on a more complete and developed record.

Accordingly, BRIDGECAP respectfully requests that the Court defer ruling on Plaintiff FAST RESPONSE MARINE TOWING & SALVAGE, LLC's Motion for Interlocutory Sale [ECF No. 49] to allow the parties to prepare, market, and present the Defendant Vessel for private sale.

Respectfully submitted this 2nd day of April 2026,

By:  */s/ Michael P. Perry*
Michael P. Perry
Florida Bar No.: 1048868
michaelperry@maritimeattorneys.com

James H. Perry, II
Florida Bar No.: 991491
perry@maritimeattorneys.com

PERRY MARITIME LAW GROUP, P.A.
1650 SE 17th Street, Suite 200
Fort Lauderdale, FL 33316
Telephone:  954-500-1000
Facsimile:  954-500-2000
*Counsel for Intervening Plaintiff*

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on April 2, 2026, we electronically filed the foregoing document with the Clerk of this Court using the CM/ECF system, which served a copy thereof on all counsel of record.

Respectfully submitted this 2nd day of April 2026,

By:  */s/ Michael P. Perry*
Michael P. Perry
Florida Bar No.: 1048868
michaelperry@maritimeattorneys.com

James H. Perry, II
Florida Bar No.: 991491
perry@maritimeattorneys.com

PERRY MARITIME LAW GROUP, P.A.
1650 SE 17th Street, Suite 200
Fort Lauderdale, FL 33316
Telephone:   954-500-1000
Facsimile:   954-500-2000
*Counsel for Intervening Plaintiff*