**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**IN ADMIRALTY**

CASE NO.: 1:25-CV-22149-JB

FAST RESPONSE MARINE
TOWING & SALVAGE, LLC,

      Plaintiff,

v.

M/V TNT, a 2023 Tecnomar
Lamborghini 63, *in rem*, and
COMMERCIAL FITNESS
CONCEPTS LLC, *in personam*,

      Defendants,

_____

BRIDGECAP EQUITIES LLC,
a Delaware limited liability company,

      Intervening Plaintiff,

v.

M/Y TNT – one 2023 19.97m Tecnomar
"LAMBORGHINI 63" motor yacht bearing
Official Number Y0208, along with its
inventory, engines, equipment, furnishings,
and other appurtenances, *in rem*, and
COMMERCIAL FITNESS CONCEPTS
LLC, *in personam*,

      Defendants.

_____/

**PLAINTIFF-INTERVENOR, BRIDGECAP**
**EQUITIES LLC'S UNOPPOSED RESPONSE**

Plaintiff-Intervenor, BRIDGECAP EQUITIES LLC ("BRIDGECAP"), by and through undersigned counsel, and pursuant to the Clerk's Notice [ECF No. 99], and the Court's Paperless Order entered on April 29, 2026 [ECF No. 94], respectfully files this Response to Plaintiff's Motion to Set Minimum Bid for Interlocutory Sale of the M/V TNT with Supporting Memorandum of Law, and states as follows:

1. The parties have conferred and as of 4:57 PM there has been an agreement between all counsel to set a minimum bid amount of $1.4 million.

**CERTIFICATION OF CONFERRAL PURSUANT TO LOCAL RULE 7.1**

Pursuant to Local Rule 7.1(a)(3), undersigned counsel hereby certifies that he conferred in good faith with counsel for all parties, regarding the minimum bid for interlocutory sale, and the parties have reached an agreement to set the minimum bid at $1,400,000.00.

Respectfully submitted this 1st day of May 2026,

By:  /s/ Brooke L. Bishop
Brooke L. Bishop
Florida Bar No.: 1058437
brooke.bishop@maritimeattorneys.com

**PERRY MARITIME LAW GROUP, P.A.**
1650 SE 17th Street, Suite 200
Fort Lauderdale, FL 33316
Telephone:   954-500-1000
Facsimile:   954-500-2000
*Counsel for Intervening Plaintiff*