UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**"IN ADMIRALTY"**

CASE NUMBER: 1:25-cv-22149-JB

FAST RESPONSE MARINE
TOWING & SALVAGE, LLC,

      Plaintiff,

v.

M/V TNT, a 2023 Tecnomar
Lamborghini 63, *in rem*, and,
COMMERCIAL FITNESS
CONCEPTS LLC, *in personam*,

      Defendants,

---

BRIDGECAP EQUITIES LLC,
a Delaware limited liability company,

      Intervening Plaintiff,

v.

M/Y TNT - one 2023 19.97m Tecnomar
"LAMBORGHINI 63" motor yacht bearing
Official Number Y0208, along with its inventory,
engines, equipment, furnishings, and other
appurtenances, *in rem*, and, COMMERCIAL
FITNESS CONCEPTS LLC, *in personam*,

      Defendants,

                            /

## DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES TO INTERVENING PLAINITFF'S VERIFIED COMPLAINT

Defendants, M/V TNT, a 2023 Tecnomar Lamborghini 63, *in rem*, and COMMERCIAL

FITNESS CONCEPTS, LLC, *in personam* (hereinafter "Defendants"), by and through

McALPIN FLOREZ MARCOTTE, P. A.
9130 S. DADELAND BOULEVARD, SUITE 1900, MIAMI, FLORIDA 33156 * TEL (305) 810-5400 * FAX (305) 810-5401

undersigned counsel, and pursuant to Fed. R. Civ. P. 12, hereby file their Answer and Affirmative Defenses to Intervening Plaintiff's Verified Complaint and in support thereof state as follows:

## PARTIES, JURISDICTION, AND VENUE

1. Admitted for jurisdictional purposes only.

2. Admitted for jurisdictional purposes only.

3. Admitted for jurisdictional purposes only.

4. Admitted for jurisdictional purposes only.

5. Admitted for jurisdictional purposes only.

6. Unknown at this juncture.

7. Admitted.

8. Admitted.

9. Admitted.

10. Admitted only that Brandon Outlaw executed an "Unconditional Guaranty." Defendants further state that any obligations arising therefrom are enforceable solely to the extent permitted by applicable law. All remaining allegations are denied.

11. Denied as phrased.

12. To the extent a response is required, Defendant denies the allegations contained in this paragraph as they state legal conclusions to which no response is required.

13. Admitted.

## INTRODUCTON AND PROCEDURAL HISTORY

14. Admitted that the Intervening Complaint purports to seek *in rem* enforcement and foreclosure of a ship mortgage under the Ship Mortgage Act, 46 U.S.C. § 31325, against the foreign-flagged vessel M/V *TNT*, and further asserts *in personam* claims for breach of contract and

related relief. Defendants deny any remaining allegations and specifically deny that the Intervening Plaintiff is entitled to the relief sought

15.     Admitted only that Intervening Plaintiff asserts the right to enforce the debt.

16.     Admitted.

17.     Denied as phrased.

18.     Denied as phrased.

19.     Admitted only that Plaintiff FAST RESPONSE MARINE TOWING & SALVAGE, LLC alleges it rendered salvage services.

20.     Admitted.

21.     Admitted.

22.     Admitted.

23.     Denied as phrased.

24.     Denied as phrased.

25.     Denied as phrased.

26.     To the extent a response is required, Defendant denies the allegations contained in this paragraph as they state legal conclusions to which no response is required.

## FACTUAL BACKGROUND

27.     Admitted.

28.     Denied as phrased.

29.     Admitted.

30.     Admitted.

31.     Denied as phrased.

32.     Denied as phrased.

McALPIN FLOREZ MARCOTTE, P. A.
9130 S. DADELAND BOULEVARD, SUITE 1900, MIAMI, FLORIDA 33156 * TEL (305) 810-5400 * FAX (305) 810-5401

33.     Admitted.

34.     Admitted.

35.     Denied as phrased.

36.     Admitted only that no bond or substitute security has been posted to date.

37.     Denied as phrased.

38.     Denied as phrased.

39.     Admitted.

40.     Denied as phrased.

41.     Denied.

## COUNT I
## *IN REM* CLAIM AGAINST THE DEFENDANT VESSEL
(Foreclosure of Ship Mortgage)

42.     Defendants re-allege and re-adopt their responses to paragraphs 1 through 41, as if fully stated herein.

43.     Admitted.

44.     Admitted.

45.     Denied.

46.     Admitted only that no bond or substitute security has been posted to date.

47.     Denied as phrased.

48.     Denied as phrased.

49.     Admitted.

50.     Denied as phrased.

51.     Denied as phrased.

52.     Unknown at this juncture.

McALPIN FLOREZ MARCOTTE, P. A.
9130 S. DADELAND BOULEVARD, SUITE 1900, MIAMI, FLORIDA 33156 * TEL (305) 810-5400 * FAX (305) 810-5401

53.     Denied.

54.     Denied.

55.     Denied.

Defendants deny that Intervening Plaintiff is entitled to any and all of the relief sought in the wherefore clause, including all subparts.

## COUNT II
## *IN PERSONAM* CLAIM AGAINST COMMERCIAL FITNESS CONCEPTS LLC
(Breach of Loan Documents)

56.     Defendants re-incorporate and re-adopt their responses to paragraphs 1 through 41, as if fully stated herein.

57.     Admitted.

58.     Denied as phrased.

59.     Denied as phrased.

60.     Denied.

61.     Denied.

62.     Denied.

63.     Denied as phrased.

64.     Denied as phrased.

65.     Unknown at this juncture.

66.     Denied.

67.     Denied.

Defendants deny that Intervening Plaintiff is entitled to any and all of the relief sought in the wherefore clause, including all subparts.

McALPIN FLOREZ MARCOTTE, P. A.
9130 S. DADELAND BOULEVARD, SUITE 1900, MIAMI, FLORIDA 33156 * TEL (305) 810-5400 * FAX (305) 810-5401

## AFFIRMATIVE DEFENSES

1. Defendants affirmatively aver that Intervening Plaintiff's Complaint fails to state a cause of action upon which relief may be granted.

2. Defendants affirmatively aver that Intervening Plaintiff has failed to mitigate its damages, and is therefore barred from any recovery.

3. Defendants affirmatively aver that Intervening Plaintiff's own acts or omissions or those of third parties for which Defendant had no control over were intervening acts that caused Intervening Plaintiff's loss. For this reason, Intervening Plaintiff's claim for relief should be denied.

4. Defendants affirmatively aver that any declaration that Defendants have no legal rights to the subject property would result in unjust enrichment to the Intervening Plaintiff. For this reason, Intervening Plaintiff's claim for relief should be denied.

5. Defendants affirmatively aver that Intervening Plaintiff's claim is barred by the statute of frauds.

6. Defendants affirmatively aver that Intervening Plaintiff's claim is barred by the doctrine of laches.

7. Defendants affirmatively aver that Intervening Plaintiff's claim is barred by the doctrine of equitable estoppel.

8. Defendants affirmatively aver that Intervening Plaintiff is barred from seeking to enforce the note and mortgage or seek other equitable remedies due to Defendants' substantial performance.

McALPIN FLOREZ MARCOTTE, P. A.
9130 S. DADELAND BOULEVARD, SUITE 1900, MIAMI, FLORIDA 33156 * TEL (305) 810-5400 * FAX (305) 810-5401

Defendants reserve the right to amend and supplement their affirmative defenses in accordance with the applicable Federal Rules of Civil Procedure because discovery and investigation are ongoing.

**Respectfully submitted,**

By: */s/ Richard J. McAlpin*
Richard J. McAlpin, Esq.
Florida Bar No.: 438420
rmcalpin@mfm-maritime.com
George S. Florez, Esq.
Florida Bar No.: 127331
gflorez@mfm-maritime.com
Michael Del Duca, Esq.
Florida Bar No.: 1058454
mdelduca@mfm-maritime.com
**McAlpin Florez Marcotte, P.A.**
9130 S. Dadeland Blvd., Suite 1900
Miami, FL 33156
Tel: (305) 810-5400
Fax: (305) 810-5401

<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY that on Tuesday, June 23, 2026, the foregoing document is being served this day on all counsel of record in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing: Barry A. Postman, barry.postman@csklegal.com; justin.edell@csklegal.com; Cole, Scott, & Kissane, P.A., Attorneys for Plaintiff, 222 Lakeview Ave., Suite 120, West Palm Beach, FL 33417; Michael P. Perry, michaelperry@maritimeattorneys.com, perry@maritimeattorneys.com; Perry Maritime Law Group, P.A., Attorneys for Intervenor Plaintiff, 1650 SE 17th Street, Ste 200, Fort Lauderdale, FL 33316.

By: */s/ Richard J. McAlpin*
Richard J. McAlpin, Esq.