UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**"IN ADMIRALTY"**

CASE NUMBER: 1:25-cv-22149-JB

FAST RESPONSE MARINE
TOWING & SALVAGE, LLC,

Plaintiff,

v.

M/V TNT, a 2023 Tecnomar
Lamborghini 63, *in rem*, and,
COMMERCIAL FITNESS
CONCEPTS LLC, *in personam*,

Defendants,

---

BRIDGECAP EQUITIES LLC,
a Delaware limited liability company,

Intervening Plaintiff,

v.

M/Y TNT - one 2023 19.97m Tecnomar
"LAMBORGHINI 63" motor yacht bearing
Official Number Y0208, along with its inventory,
engines, equipment, furnishings, and other
appurtenances, *in rem*, and, COMMERCIAL
FITNESS CONCEPTS LLC, *in personam*,

Defendants,

_______________________________________/

**DECLARATION OF RICHARD J. MCALPIN, ESQ.**

I, Richard J. McAlpin, declare:

1. I am the managing partner of McAlpin Florez Marcotte, PA, a Florida-barred attorney, and lead counsel in this case for Defendants M/V TNT, a 2023 Tecnomar Lamborghini

63, *in rem*, and COMMERCIAL FITNESS CONCEPTS, LLC, *in personam*. I have personal knowledge of the fact set forth in this declaration.

2. Although Michael Del Duca, Esq., an associate, assists with day-to-day case management, I have served as lead trial counsel in this matter and am principally responsible for trial strategy, witness preparation, and the examination of witnesses, including expert witnesses, at trial.

3. On April 28, 2026, this Court entered an Order amending the scheduling order [D.E. 91], which set the deadline for the Joint Pretrial Stipulation on October 13, 2026, Calendar Call on October 20, 2026, and the bench trial for October 26, 2026 at 9:30 a.m.

4. However, I was recently diagnosed with a serious condition that requires immediate infusion treatment. I am more than willing to provide more details to this Honorable Court should it require additional information.

5. I have conferred with counsel for Plaintiff, and it is my understanding that Barry A. Postman, Esq., lead trial counsel for Plaintiff, is likewise dealing with significant health issues that will prevent him from trying this matter as currently scheduled, as set forth in his separate declaration.

6. The Parties have diligently litigated this matter and do not seek to delay or impede the Court's handling of this case. However, given my role as lead trial counsel, Defendants would be substantially prejudiced if required to proceed to trial without me or to substitute trial counsel on such short notice. My medical condition arose unexpectedly and could not reasonably have been anticipated in time to seek further relief.

7. Accordingly, I respectfully submit that good cause exists for a 90-day continuance of trial and a corresponding extension of the remaining pre-trial deadlines. This request is made in

good faith and not for purposes of delay. In full candor to the Court, I have described my medical condition in general terms, and I am prepared to provide additional detail to the Court if it so requires.

I declare under penalty of perjury that the foregoing is true and correct.

*/s/ Richard J. McAlpin*
Richard J. McAlpin

Executed on October 6, 2026


McALPIN FLOREZ MARCOTTE, P. A.
9130 S. DADELAND BOULEVARD, SUITE 1900, MIAMI, FLORIDA 33156 * TEL (305) 810-5400 * FAX (305) 810-5401